

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Houck, Mark Shawn DEFENDANT(S). | CASE NUMBER SA11-259-M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _def_, IT IS ORDERED that a detention hearing is set for ~~Thursday~~ Wed, 5/25/11, at 2:00 ☐a.m. / ☒p.m. before the Honorable Robert N Block, in Courtroom 6B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 5/24/11

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)  Page 1 of 1